IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 14-19734 |
| DIKA-JEFFERSON, LLC, ) | Chapter 11 |
| an Illinois Limited Liability Company, ) | Judge A. Benjamin Goldgar |
| ) | |
| Debtor/Debtor-in-Possession. ) | |

### NOTICE OF HEARING ON MOTION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO DEBTOR'S COUNSEL

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that on September 30, 2015, Crane, Heyman, Simon, Welch & Clar, counsel for the Debtor, filed a Motion for Allowance of Final Compensation and Reimbursement of Expenses (the "CHSWC Motion"), thereby requesting the sum of $16,846.00 for legal services rendered to the Debtor for the period commencing March 30, 2015 through and including September 30, 2015, plus costs advanced for the same period in the sum of $226.58.

PLEASE TAKE FURTHER NOTICE that any person objecting to the CHSWC Motion, is directed to file their objection(s) in writing with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604, on or before the hour of 4:30 p.m., on the **12th day of October, 2015**, with a copy of said objection(s) to be simultaneously served upon Thomas W. Goedert, Crane, Heyman, Simon, Welch & Clar, 135 South LaSalle, Suite 3705, Chicago, Illinois 60603.

PLEASE TAKE FURTHER NOTICE that a hearing on the CHSWC Motion, together with objections timely filed, if any, will be held before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, Courtroom No. 642, 219 South Dearborn Street, Chicago, Illinois, on the **21st day of October, 2015**, at the hour of **9:30 a.m.**, at which time and place you may appear if you so see fit.

DATED: September 30, 2015

**DEBTOR'S COUNSEL**:
Thomas W. Goedert (Atty No. 6201228)
Jeffrey C. Dan (Atty. No. 06242750)
Brian P. Welch (Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
W:\TWG\Dika-Jefferson\Pay CHSWC.fee Final.NOT.wpd