IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 14-19734 |
| DIKA-JEFFERSON, LLC, ) | Chapter 11 |
| an Illinois Limited Liability Company, ) | Judge Goldgar |
| ) | |
| Debtor/Debtor-in-Possession. ) | |

**NOTICE OF MOTION**

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 16th day of December, 2015 at 9:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, in the room usually occupied by him as courtroom 642 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion for Entry of Final Decree**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Thomas W. Goedert
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

**CERTIFICATE OF SERVICE**

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached **Motion for Entry of Final Decree**, to be served on all the parties listed on the attached service list via first class mail, properly addressed, postage pre-paid, on the 9th day of December, 2015, before the hour of 5:00 p.m.

/s/Thomas W. Goedert

## SERVICE LIST

Kathryn Marie Gleason
United States Trustee
Dirksen Federal Building
219 S. Dearborn St., Suite 873
Chicago, IL 60604

Jamie L. Burns
Levenfeld Pearlstein, LLC
2 N. LaSalle St., Ste. 1300
Chicago, IL 60602

Jonathan P. Friedland
Levenfeld Pearlstein, LLC
2 N. LaSalle St., Ste. 1300
Chicago, IL 60602

Elizabeth B. Vandesteeg
Levenfeld Pearlstein, LLC
2 N. LaSalle St., Ste. 1300
Chicago, IL 60602

Baum Realty/Allen Joffe
1030 W. Chicago Ave., Ste. 200
Chicago, IL 60642

Dickler, Kahn, Slowikowski
& Zavell Ltd.
85 W. Algonquin Rd., Ste. 420
Arlington Heights, IL 60005

Dika-Lakeview, LLC
85 W. Algonquin Rd., Ste. 420
Arlington Heights, IL 60005

Dika-Management LLC
85 W. Algonquin Rd., Ste. 420
Arlington Heights, IL 60005

DuPage County Treasurer
421 County Farm Rd.
Wheaton, IL 60187

Jewel/Osco
150 Pierce Rd.
Ste. 200
Itasca, IL 60143

NorthBrook Bank & Trust Company
1100 Waukegan Rd.
Northbrook, IL 60062

NorthBrook Bank & Trust Company
c/o J. Burns @Levenfeld Pearlstein
2 N. LaSalle St., Ste. 1300
Northbrook, IL 60062

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                          )
                                                )  Case No. 14-19734
DIKA-JEFFERSON, LLC,                            )  Chapter 11
an Illinois Limited Liability Company,          )  Judge Goldgar
                                                )
         Debtor/Debtor-in-Possession.           )

## MOTION FOR ENTRY OF FINAL DECREE

DIKA-JEFFERSON, LLC, an Illinois limited liability company, Debtor/Debtor-in-Possession herein ("Debtor"), by and through its attorneys, Crane, Heyman, Simon, Welch and Clar, make its Motion for Entry of Final Decree; and in support thereof, state as follows:

1. On May 27, 2014, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. On September 9, 2015, this Court entered an Order confirming the Joint Amended Plan of Reorganization ("Plan") filed by the Debtor.

3. The Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code. All approved administrative professional fees due and owing the various professionals have been allowed and paid. In addition, distributions to the holders of allowed claims in classes have commenced.

4. The Debtor requests the entry of a Final Decree pursuant to Rule 3022 of the Rules of Bankruptcy Procedure.

WHEREFORE, DIKA-JEFFERSON, LLC, an Illinois limited liability company, Debtor herein, requests the entry of a Final Decree closing this Chapter 11 case and granting such other relief as may be just and appropriate.

Respectfully submitted,

DIKA-JEFFERSON, LLC, an Illinois limited liability company, Debtor

/s/Thomas W. Goedert
   One of Its Attorneys

**DEBTOR'S COUNSEL**:
Jeffrey C. Dan (Atty. No. 06242750)
Thomas W. Goedert (Atty No. 6201228)
Brian P. Welch (Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114

W:\TWG\Dika-Jefferson\Final Decree.MOT.wpd